## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **15-2230**

**In re NFL Players Concussion**

— vs.

Calendar Date **Nov. 20, 2015**          Location **Philadelphia, PA**

### ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: **George W. Cochran, Esq.**

Designation of Arguing Counsel: **George W. Cochran Esq.**

Member of the Bar:     **X**  Yes          No

Representing (check only one):

____ Petitioner(s)     **X** Appellant(s)     ____ Intervenor(s)

____ Respondent(s)     ____ Appellee(s)     ____ Amicus Curiae

Please list the name of the lead party being represented:

CURTIS L. ANDERSON

---

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September, 2015, I served the foregoing document by causing a true and correct copy thereof to be delivered via the Court's CM/ECF system to all counsel of record.

*/s/ George W. Cochran*
George W. Cochran (92855)
1385 Russell Drive
Streetsboro, Ohio 44241
Tel:   (330) 626-5600
Fax:   (330) 230-6136
Email: lawchrist@gmail.com
*Attorney for Curtis L. Anderson*