OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



October 30, 2015

| | | |
|---|---|---|
| Christopher A. Bandas, Esq. | Howard J. Bashman, Esq. | Lynn B. Bayard, Esq. |
| Jared H. Beck, Esq. | Charles L. Becker, Esq. | TerriAnne Benedetto, Esq. |
| Robert M. Bernstein, Esq. | Bruce A. Birenboim, Esq. | Dwight P. Bostwick, Esq. |
| David R. Buchanan, Esq. | Paul D. Clement, Esq. | David S. Coale, Esq. |
| Edward W. Cochran, Esq. | George W. Cochran Jr., Esq. | Richard L. Coffman, Esq. |
| Shana De Caro, Esq. | Edward J. Dennis, Esq. | Andrew N. Ferguson, Esq. |
| Deepak Gupta, Esq. | Robert C. Heim, Esq. | Antonino G. Hernandez, Esq. |
| David Z. Hudson, Esq. | Samuel Issacharoff, Esq. | Michael V. Kaplen, Esq. |
| Brad S. Karp, Esq. | Diogenes P. Kekatos, Esq. | Kent D. Krabill, Esq. |
| David D. Langfitt, Esq. | Arnold Levin, Esq. | Gary P. Lightman, Esq. |
| Gene Locks, Esq. | Frederick S. Longer, Esq. | Lance H. Lubel, Esq. |
| Glenn A. Manochi, Esq. | Steven F. Molo, Esq. | Alan B. Morrison, Esq. |
| Dianne M. Nast, Esq. | Cullin A. O'Brien, Esq. | J. Darrell Palmer, Esq. |
| John J. Pentz, Esq. | Michael H. Rosenthal, Esq. | Stephen F. Rosenthal, Esq. |
| Christopher A. Seeger, Esq. | Cyril V. Smith, Esq. | Mitchell A. Toups, Esq. |
| Adam Q. Voyles, Esq. | Mickey L. Washington Esq. | Sol H. Weiss, Esq. |
| Jan L. Westfall, Esq. | Beth A. Wilkinson, Esq. | |

RE: In re: NFL Players Concussion
Case Number: 15-2206/2217/2230/2234/2272/2272/2290/2291/2292/2294/2304/2305
District Case Number: 2-12-md-02323
District Case Number: 2-14-cv-00029

Dear Counsel:

The Court has directed me to advise counsel in the above-entitled case that oral argument on the merits is scheduled on **Thursday, November 19, 2015**.  Counsel will be allotted **30 minutes** oral argument time for each side, pursuant to 3rd LAR 34.1 (a). Court will convene at **9:30 A.M.** and argument in this matter is scheduled in **The Albert Branson Maris Courtroom,** **(19th Floor, U.S. Courthouse, 6th & Market Sts., Philadelphia, PA.)** Counsel who will present oral argument should register with the Court Crier <u>in the courtroom</u> 30 minutes prior to the time when court is scheduled to convene.

RE: In re: NFL Players Concussion
Case Number: 15-2206/2217/2230/2234/2272/2272/2290/2291/2292/2294/2304/2305
District Case Number: 2-12-md-02323
District Case Number: 2-14-cv-00029

Counsel should read the instructions for oral argument.  If multiple parties are arguing for each side, counsel shall file a division of time form (a writeable form), if necessary, through CM/ECF.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: *Patrick A. McCauley, Jr.*

Patrick A. McCauley, Jr.,
Calendar Clerk
267-299-4932

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be argued before the following panel: **AMBRO, HARDIMAN and NYGAARD, Circuit Judges**