# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

October 29, 2015

### Nos. 15-2206/2217/2230/2234/2272/2273/2290/2291/2292/2294/2304/2305

IN RE: NATIONAL FOOTBALL
LEAGUE PLAYERS CONCUSSION
INJURY LITIGATION

(E.D. Pa. No. 2-12-md-2323)
(E.D. Pa. No. 2-14-cv-00029)

Present:     AMBRO, HARDIMAN and NYGAARD, Circuit Judges

1.     Letter Motion from Appellant counsel requesting that each
       side be given one hour each for Oral Argument.

2.     Response to Appellants' Filing Regarding Oral
       Argument Time

Respectfully,

Clerk/PM

_____ O R D E R _____

The foregoing Motion from Appellants' counsel requesting each side be given one hour for oral argument is denied. We further note: (1) 30 minutes has been allotted per side; (2) argument may go beyond the allotted time if the panel has further questions after the time elapses; (3) counsel should focus on the most important issues, keeping in mind that the other issues have been fully briefed; and (4) counsel should divide their time accordingly and alert the Clerk's Office, with no counsel to address an issue already addressed by another counsel on the same side.

By the Court,

s/ Thomas L. Ambro
Circuit Judge

**Dated:   10/30/2015**
**cc:/     All Counsel of Record**